IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:04cr34-RH/AK

MICHAEL LEVON HILLS,

    Defendant.

_____/

## ORDER DENYING AMENDED §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 110) and the objections thereto (document 112). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 95) is DENIED WITH PREJUDICE." The clerk shall close the file.

SO ORDERED this 26th day of April, 2008.

                                                      s/Robert L. Hinkle
                                                      Chief United States District Judge